# IN UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARCO VERCH**

                                        **Case No.: 6:26-cv-00257**

        **Plaintiff,**

**v.**

**DIMERCURIO ADVISORS LLC,**

        **Defendant.**

_____/

## DIMERCURIO ADVISORS LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant DIMERCURIO ADVISORS LLC, a Florida limited liability company, ("Defendant" or "DiMercurio") hereby answers Plaintiff Marco Verch's ("Plaintiff" or "Verch"), Complaint (Doc. 1) and responds as follows:

### SUMMARY OF THE ACTION

1.      Admitted for jurisdictional purposes only.

2.      Without sufficient knowledge to form a belief, therefore denied.

3.      Admitted.

4.      Denied.

### JURISDICTION AND VENUE

5.      Admitted for jurisdictional purposes only

6.      Admitted for jurisdictional purposes only.

7.      Admitted for jurisdictional purposes only.

8.    Admitted for venue purposes only.

## **DEFENDANT**

9.    Admitted other than the fact that Defendant's zip code is 32801, not 32802.

## **THE COPYRIGHTED WORK AT ISSUE**

10.    Without sufficient knowledge to form a belief, therefore denied.

11.    Admitted that Plaintiff filed the copyright application and received the Registration attached as Exhibit 1 to the Complaint.  Denied that such Registration is valid or enforceable.  All other allegations if not specifically referred to herein in Paragraph 11 are denied.

12.    Without sufficient knowledge to form a belief, therefore denied.

## **ALLEGED INFRINGEMENT BY DIMERCURIO ADVISORS**

13.    Admitted.

14.    Denied.

15.    Without sufficient knowledge or information to form a belief, therefore denied.

16.    Denied.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.     Denied.

## Count I

## <u>COPYRIGHT INFRINGEMENT</u>

22.     Defendant hereby realleges its previous responses in Paragraphs 1 through 21 as though set forth herein.

23.     Without sufficient knowledge to form a belief, therefore denied.

24.     Without sufficient knowledge to form a belief, therefore denied.

25.     Denied.

26.     Denied.

27.     Denied.

28.     Denied.

29.     Denied.

## <u>AFFIRMATIVE DEFENSES</u>

Defendant hereby asserts the following affirmative defenses.

### <u>First Affirmative Defense – No Willful Infringement</u>

Any copyright infringement of Plaintiff's Photographs was innocent as Defendant immediately and fully complied with Plaintiff's cease-and-desist demand when first alerted to the alleged infringement.

### <u>Second Affirmative Defenses- Statute of Limitations</u>

Upon information and belief, Defendant's alleged infringing conduct occurred more than three years before the commencement of this action. Plaintiff's claim for

copyright infringement is therefore barred in whole or in part by Section 507(b) of the Copyright Act (17 U.S.C. § 507(b)) precluding claims commenced more than three years after the claim accrues

DATED this 27th day of March, 2026.

Respectfully submitted,

WOLTER VAN DYKE DAVIS, PLLC
1900 Summit Tower Boulevard, Suite 140
Orlando, FL  32810
Telephone:  (407) 926-7700
Facsimile:  (407) 926-7720
Email: adavis@savvyiplaw.com
Email: jdeery@savvyiplaw.com
**Attorneys for Defendant**

By:  /s/ Amber N. Davis
Amber N. Davis
Florida Bar No: 0026628
Jefferson C. Deery
Florida Bar No: 1059334

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been served via CM/ECF and electronic mail to: Sanje Lara (sanje.lara@sriplaw.com) SRIPLAW, P.A. 9100 S. Dadeland Boulevard Suite 1500 Miami, FL 33156 and Joel Rothman (joel.rothman@sriplaw.com) SRIPLAW, P.A. 21301 Powerline Road Suite 100 Boca Raton, FL 33433 this 27th day of March, 2026.

/s/ Amber N. Davis
Attorney

4