2679267

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:26-cv-257-ACC-DCI

MARCO VERCH,

     Plaintiff,

v.

DIMERCURIO ADVISORS LLC,

     Defendant.

                            /

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.079(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

NONE.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED:  April 22, 2026

Respectfully submitted,

  /s/ Robert S. Horwitz
Robert S. Horwitz, Esquire
Florida Bar No.:  149454
rhorwitz@conroysimberg.com
Conroy Simberg
1450 Centrepark Boulevard, Suite 150
West Palm Beach, FL 33401
561-697-8088
954-967-8577
Attorney for Defendant, DiMercurio Advisors, LLC